# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

JAMES E. SPARENBERG  *
                    *
v.                  *    Civil No. JFM-14-1667
                    *
EAGLE ALLIANCE d/b/a Computer Science  *
Corporation         *
                ******

## ORDER

For the reasons stated in the accompanying Memorandum, it is, this 15 day of October 2015

ORDERED that Eagle Alliance's motion for summary judgment (ECF No. 36) is GRANTED in part and DENIED in part.

_____/s/_____
J. Frederick Motz
United States District Judge