UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

February 18, 2016

MEMO TO COUNSEL RE:  James Sparenberg v. Eagle Alliance
Civil No. JFM-14-1667

Dear Counsel:

This will confirm the schedule set during the conference held on February 16, 2016.

| | |
|---|---|
| March 24, 2016 | Deadline for defendants to submit proposed voir jury questions and jury instructions |
| April 5, 2016 | Deadline for submission of pretrial order and for plaintiffs to submit proposed substitutive or supplemental voir dire questions and jury instructions |
| April 6, 2016 4:30 pm | Pretrial conference (by telephone; I ask defendant to arrange) |
| May 2, 2016 | Trial (jury; 3-4 days) |

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge